# EXHIBIT 5

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| [1Pre]: 1. A method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising: | To the extent that the preamble is limiting, Microsoft practices this claim limitation. Microsoft performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising" the steps described below.<br><br>For example, Microsoft operates a method for selecting edge nodes (e.g., endpoints) as claimed through its use of Azure Traffic Manager within the global Azure network, a fixed access communications network, as shown below.<br><br>Azure Traffic Manager is a DNS-based traffic load balancer. This service allows you to distribute traffic to your public facing applications across the global Azure regions. Traffic Manager also provides your public endpoints with high availability and quick responsiveness.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-overview |

NOVACLOUD V. MICROSOFT

EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028

| Claim | Microsoft Accused Instrumentality(ies) |
| --- | --- |
| |   **Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | The Microsoft global network (WAN) is a central part of delivering a great cloud experience. The global network connects our Microsoft data centers across 61 Azure regions with a large mesh of edge-nodes strategically placed around the world. The Microsoft global network offers both the availability, capacity, and the flexibility to meet any demand.<br>**Source:** https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network<br><br>Microsoft owns and operates one of the largest backbone networks in the world. This global and sophisticated architecture, spanning more than 165,000 miles, connects our datacenters and customers.<br>**Source:** https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network<br><br>Massive investments in fiber capacity and diversity across metro, terrestrial, and submarine paths are crucial for us to keep consistent and high service-level while fueling the extreme growth of our cloud and online services.<br><br>Recent additions to our global network are:<br>• MAREA submarine cable. The industry's first Open Line System (OLS) over subsea, between Bilbao, Spain and Virginia Beach, Virginia, USA.<br>• AEC between New York, USA and Dublin, Ireland.<br>• New Cross Pacific (NCP) between Tokyo, Japan, and Portland, Oregon, USA. |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **Source:** https://learn.microsoft.com/en-us/azure/networking/microsoft-global-network |
| [1a]: at a selection node, receiving from a host entity a request for a network service; | Microsoft practices this claim limitation. Microsoft performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… at a selection node, receiving from a host entity a request for a network service."<br><br>For example, Microsoft's Traffic Manager functions as a central selection node and receives client requests via DNS queries for network services, as shown below. |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| |   **Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works |

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | 1. The client sends a DNS query to its configured recursive DNS service to resolve the name 'partners.contoso.com'. A recursive DNS service, sometimes called a 'local DNS' service, does not host DNS domains directly. Rather, the client off-loads the work of contacting the various authoritative DNS services across the Internet needed to resolve a DNS name.<br><br>2. To resolve the DNS name, the recursive DNS service finds the name servers for the 'contoso.com' domain. It then contacts those name servers to request the 'partners.contoso.com' DNS record. The contoso.com DNS servers return the CNAME record that points to contoso.trafficmanager.net.<br><br>3. Next, the recursive DNS service finds the name servers for the 'trafficmanager.net' domain, which are provided by the Azure Traffic Manager service. It then sends a request for the 'contoso.trafficmanager.net' DNS record to those DNS servers.<br><br>4. The Traffic Manager name servers receive the request. They choose an endpoint based on:<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works<br><br>Azure Traffic Manager is a DNS-based traffic load balancer. This service allows you to distribute traffic to your public facing applications across the global Azure regions. Traffic Manager also provides your public endpoints with high availability and quick responsiveness.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-overview<br><br>When a client attempts to connect to a service, it must first resolve the DNS name of the service to an IP address. The client then connects to that IP address to access the service.<br><br>**The most important point to understand is that Traffic Manager works at the DNS level which is at the Application layer (Layer-7).** Traffic Manager uses DNS to direct clients to specific service endpoints based on the rules of the traffic-routing method. Clients connect to the selected endpoint **directly**. Traffic Manager is not a proxy or a gateway. Traffic Manager does not see the traffic passing between the client and the service.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| [1b]: obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes; | Microsoft practices this claim limitation. Microsoft performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes."<br><br>For example, Microsoft's Traffic Manager's health checks and monitoring system obtains data comprising information about endpoint status and performance (e.g., health check results, enabled/disabled status, and operational status), as shown below.<br><br>**Traffic Manager endpoint monitoring**<br><br>Azure Traffic Manager includes built-in endpoint monitoring and automatic endpoint failover. This feature helps you deliver high-availability applications that are resilient to endpoint failure, including Azure region failures. Endpoint monitoring is enabled by default. To disable monitoring, see Enable or disable health checks.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-monitoring |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|

| Profile status | Endpoint status | Endpoint monitor status | Notes |
|---|---|---|---|
| Disabled | Enabled | Inactive | The profile has been disabled. Although the endpoint status is Enabled, the profile status (Disabled) takes precedence. Endpoints in disabled profiles aren't monitored. An NXDOMAIN response code is returned for the DNS query. |
| <any> | Disabled | Disabled | The endpoint has been disabled. Disabled endpoints aren't monitored. The endpoint isn't included in DNS responses, as such it doesn't receive traffic. |
| Enabled | Enabled | Online | The endpoint is monitored and is healthy. It's included in DNS responses and can receive traffic. |
| Enabled | Enabled | Degraded | Endpoint monitoring health checks are failing. The endpoint isn't included in DNS responses and doesn't receive traffic.<br>An exception is if all endpoints are degraded. In which case all of them are considered to be returned in the query response. |
| Enabled | Enabled | CheckingEndpoint | The endpoint is monitored, but the results of the first probe haven't been received yet. CheckingEndpoint is a temporary state that usually occurs immediately after adding or enabling an endpoint in the profile. An endpoint in this state is included in DNS responses and can receive traffic. |
| Enabled | Enabled | Stopped | The web app that the endpoint points to isn't running. Check the web app settings. This status can also happen if the endpoint is of type nested endpoint and the child profile get disabled or is inactive.<br>An endpoint with a Stopped status isn't monitored. It isn't included in DNS responses and doesn't receive traffic. An exception is if all endpoints are degraded. In which case all of them are considered to be returned in the query response. |
| Enabled | Enabled | Not monitored | The endpoint is configured to always serve traffic. Health checks aren't enabled. |

**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-monitoring

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 5: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | When the monitoring protocol is set as HTTP or HTTPS, the Traffic Manager probing agent makes a GET request to the endpoint using the protocol, port, and relative path given. An endpoint is considered healthy if probing agent receives a 200-OK response, or any of the responses configured in the **Expected status code ranges**. If the response is a different value or no response get received within the timeout period, the Traffic Manager probing agent reattempts according to the Tolerated Number of Failures setting. No reattempts are done if this setting is 0. The endpoint is marked unhealthy if the number of consecutive failures is higher than the **Tolerated number of failures** setting.<br><br>When the monitoring protocol is TCP, the Traffic Manager probing agent creates a TCP connection request using the port specified. If the endpoint responds to the request with a response to establish the connection, that health check is marked as a success. The Traffic Manager probing agent resets the TCP connection. In cases where the response is a different value or no response get received within the timeout period, the Traffic Manager probing agent reattempts according to the **Tolerated number of failures** setting. No reattempts are made if this setting is 0. If the number of consecutive failures is higher than the **Tolerated number of failures** setting, then that endpoint is marked unhealthy.<br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-monitoring<br><br>Azure endpoints are used for Azure-based services in Traffic Manager. The following Azure resource types are supported:<br>• PaaS cloud services.<br>• Web Apps<br>• Web App Slots<br>• PublicIPAddress resources (which can be connected to VMs either directly or via an Azure Load Balancer). The publicIpAddress must have a DNS name assigned to be used in a Traffic Manager profile.<br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-endpoint-types<br><br>Traffic Manager periodically checks the health of every endpoint, including unhealthy endpoints. Traffic Manager detects when an endpoint becomes healthy and brings it back into rotation.<br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-monitoring |

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | • **Priority**. Endpoints establish a prioritized list. The first available endpoint on the list is always returned. If an endpoint status is Degraded, then the next available endpoint is returned.<br>• **Weighted**. Any available endpoints get chosen at random based on their assigned weights and the weights of the other available endpoints.<br>• **Performance**. The endpoint closest to the end user is returned. If that endpoint is unavailable, Traffic Manager moves traffic to the endpoints in the next closest Azure region. You can configure alternative failover plans for performance traffic-routing by using nested Traffic Manager profiles.<br>• **Geographic**. The endpoint mapped to serve the geographic location (based on the query request IP addresses) is returned. If that endpoint is unavailable, another endpoint isn't selected to fail over to, since a geographic location can be mapped only to one endpoint in a profile. (More details are in the FAQ). As a best practice, when using geographic routing, we recommend customers to use nested Traffic Manager profiles with more than one endpoint as the endpoints of the profile.<br>• **MultiValue** Multiple endpoints mapped to IPv4/IPv6 addresses are returned. When a query is received for this profile, healthy endpoints are returned based on the **Maximum record count in response** value that you've specified. The default number of responses is two endpoints.<br>• **Subnet** The endpoint mapped to a set of IP address ranges is returned. When a request is received from that IP address, the endpoint returned is the one mapped for that IP address.<br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-monitoring<br><br>4. The Traffic Manager name servers receive the request. They choose an endpoint based on:<br>• The configured state of each endpoint (disabled endpoints are not returned)<br>• The current health of each endpoint, as determined by the Traffic Manager health checks. For more information, see Traffic Manager Endpoint Monitoring.<br>• The chosen traffic-routing method. For more information, see Traffic Manager Routing Methods.<br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works |

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| [1c]: on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service; and | Microsoft practices this claim limitation. Microsoft performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service."<br><br>For example, Microsoft's Traffic Manager uses the retrieved data (status/capabilities) to select an endpoint (i.e., edge node), as shown below. This selected endpoint enables the client to connect to the requested network service, as further shown below.<br><br>4. The Traffic Manager name servers receive the request. They choose an endpoint based on:<br>• The configured state of each endpoint (disabled endpoints are not returned)<br>• The current health of each endpoint, as determined by the Traffic Manager health checks. For more information, see Traffic Manager Endpoint Monitoring.<br>• The chosen traffic-routing method. For more information, see Traffic Manager Routing Methods.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works |

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **Traffic-routing methods**<br><br>When an endpoint has a **Degraded** status, it's no longer returned in response to DNS queries. Instead, an alternative endpoint is chosen and returned. The traffic-routing method configured in the profile determines how the alternative endpoint is chosen.<br><br>• **Priority.** Endpoints establish a prioritized list. The first available endpoint on the list is always returned. If an endpoint status is Degraded, then the next available endpoint is returned.<br>• **Weighted.** Any available endpoints get chosen at random based on their assigned weights and the weights of the other available endpoints.<br>• **Performance.** The endpoint closest to the end user is returned. If that endpoint is unavailable, Traffic Manager moves traffic to the endpoints in the next closest Azure region. You can configure alternative failover plans for performance traffic-routing by using nested Traffic Manager profiles.<br>• **Geographic.** The endpoint mapped to serve the geographic location (based on the query request IP addresses) is returned. If that endpoint is unavailable, another endpoint isn't selected to fail over to, since a geographic location can be mapped only to one endpoint in a profile. (More details are in the FAQ). As a best practice, when using geographic routing, we recommend customers to use nested Traffic Manager profiles with more than one endpoint as the endpoints of the profile.<br>• **MultiValue** Multiple endpoints mapped to IPv4/IPv6 addresses are returned. When a query is received for this profile, healthy endpoints are returned based on the **Maximum record count in response** value that you've specified. The default number of responses is two endpoints.<br>• **Subnet** The endpoint mapped to a set of IP address ranges is returned. When a request is received from that IP address, the endpoint returned is the one mapped for that IP address.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-monitoring |

<table>
<tr><th>Claim</th><th>Microsoft Accused Instrumentality(ies)</th></tr>
<tr><td></td><td>Azure endpoints are used for Azure-based services in Traffic Manager. The following Azure resource types are supported:<br><ul><li>PaaS cloud services.</li><li>Web Apps</li><li>Web App Slots</li><li>PublicIPAddress resources (which can be connected to VMs either directly or via an Azure Load Balancer). The publicIpAddress must have a DNS name assigned to be used in a Traffic Manager profile.</li></ul>Source: https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-endpoint-types</td></tr>
<tr><td>[1d]: sending a response to the host entity, the response including information identifying the selected edge node.</td><td>Microsoft practices this claim limitation. Microsoft performs “a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… sending a response to the host entity, the response including information identifying the selected edge node.”<br><br>For example, Microsoft’s Traffic Manager sends DNS responses to the client (i.e., host entity) which identify the selectid endpoint and contain the selected endpoint’s IP address or CNAME, as shown below.<br><br>5. The chosen endpoint is returned as another DNS CNAME record. In this case, let us suppose contoso-eu.cloudapp.net is returned.<br><br>6. Next, the recursive DNS service finds the name servers for the 'cloudapp.net' domain. It contacts those name servers to request the 'contoso-eu.cloudapp.net' DNS record. A DNS 'A' record containing the IP address of the EU-based service endpoint is returned.<br><br>7. The recursive DNS service consolidates the results and returns a single DNS response to the client.<br><br>8. The client receives the DNS results and connects to the given IP address. The client connects to the application service endpoint directly, not through Traffic Manager. Since it is an HTTPS endpoint, the client performs the necessary SSL/TLS handshake, and then makes an HTTP GET request for the '/login.aspx' page.</td></tr>
</table>

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works<br><br><br>**Source:** https://learn.microsoft.com/en-us/azure/traffic-manager/traffic-manager-how-it-works |