# EXHIBIT 6

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| [1Pre]: 1. A method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising the steps of: | To the extent that the preamble is limiting, Microsoft practices this claim limitation. Microsoft performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising" the steps described below.<br><br>For example, Microsoft employs, in one or more network elements, a multi-tiered network architecture with multiple stages of load balancing and traffic distribution, as shown below. The method performed by Microsoft's system is in communication with clients, who transmit packets, and servers. The method then distributes the packets to servers, and provides stickiness comprising the steps described in the subsequent limitations. |

1

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | The architecture of Application Gateway for Containers is summarized in the following figure:  **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/overview |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | <br>**What is Application Gateway for Containers?**<br><br>Application Gateway for Containers is an application layer (layer 7) load balancing and dynamic traffic management product for workloads running in a Kubernetes cluster. It extends Azure's Application Load Balancing portfolio and is a new offering under the Application Gateway product family.<br><br>Application Gateway for Containers is the evolution of the Application Gateway Ingress Controller (AGIC), a Kubernetes application that enables Azure Kubernetes Service (AKS) customers to use Azure's native Application Gateway application load-balancer. In its current form, AGIC monitors a subset of Kubernetes Resources for changes and applies them to the Application Gateway, utilizing Azure Resource Manager (ARM).<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/overview<br><br>Application Gateway for Containers offers an elastic and scalable ingress to AKS clusters and comprises a new data plane as well as control plane with new set of ARM APIs, different from existing Application Gateway. These APIs are different from the current implementation of Application Gateway. Application Gateway for Containers is outside the AKS cluster data plane and is responsible for ingress. The service is managed by an ALB controller component that runs inside the AKS cluster and adheres to Kubernetes Gateway APIs.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/overview<br><br>The ALB Controller is responsible for translating Gateway API and Ingress API configuration within Kubernetes to load balancing rules within Application Gateway for Containers. The following guide walks through the steps needed to provision an ALB Controller into a new or existing Azure Kubernetes Service (AKS) cluster.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/quickstart-deploy-application-gateway-for-containers-alb-controller?tabs=install-helm-windows |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| |  |

**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/quickstart-deploy-application-gateway-for-containers-alb-controller?tabs=install-helm-windows

# Application gateway components

An application gateway serves as the single point of contact for clients. It distributes incoming application traffic across multiple backend pools, which include Azure VMs, virtual machine scale sets, Azure App Service, and on-premises/external servers. To distribute traffic, an application gateway uses several components described in this article.

**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/application-gateway-components

With session affinity, Application Gateway for Containers presents a cookie in the **Set-Cookie** header of the first response. If the client presents the cookie in future requests, Application Gateway for Containers recognizes the cookie and forwards traffic to the same backend target. See the following example scenario:

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/session-affinity?tabs=session-affinity-gateway-api |

- An Application Gateway for Containers association resource is an Azure child resource of the Application Gateway for Containers parent resource.
- An Application Gateway for Containers association defines a connection point into a virtual network. An association is a 1:1 mapping of an association resource to a delegated Azure Subnet.

**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/application-gateway-for-containers-components

HTTPRoute is a Gateway API type for specifying routing behavior of HTTP requests from a Gateway listener to an API object, i.e. Service.

**Source:** https://gateway-api.sigs.k8s.io/api-types/httproute/#rules

- An Application Gateway for Containers ALB Controller is a Kubernetes deployment that orchestrates configuration and deployment of Application Gateway for Containers by watching Kubernetes both Custom Resources and Resource configurations, such as, but not limited to, Ingress, Gateway, and ApplicationLoadBalancer. It uses both ARM and Application Gateway for Containers configuration APIs to propagate configuration to the Application Gateway for Containers Azure deployment.

**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/application-gateway-for-containers-components

5

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | |
| [1a]: receiving a first packet of an existing flow for which at least a second packet has already been received, at a static first level packet distribution module; | Microsoft practices this claim limitation. Microsoft performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising … receiving a first packet of an existing flow for which at least a second packet has already been received, at a static first level packet distribution module." For example, Microsoft's Azure Application Gateway, through its use of listeners to handle incoming conncections, receives packets in existing flows, as shown below. The Application Gateway functions as a static first level distribution module. Application Gateway for Containers offers an elastic and scalable ingress to AKS clusters and comprises a new data plane as well as control plane with new set of ARM APIs, different from existing Application Gateway. These APIs are different from the current implementation of Application Gateway. Application Gateway for Containers is outside the AKS cluster data plane and is responsible for ingress. The service is managed by an ALB controller component that runs inside the AKS cluster and adheres to Kubernetes Gateway APIs. **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/overview A listener is a logical entity that checks for incoming connection requests. A listener accepts a request if the protocol, port, hostname, and IP address associated with the request match the same elements associated with the listener configuration. Before you use an application gateway, you must add at least one listener. There can be multiple listeners attached to an application gateway, and they can be used for the same protocol. After a listener detects incoming requests from clients, the application gateway routes these requests to members in the backend pool configured in the rule. **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/application-gateway-components |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| |  **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/application-gateway-components |
| [1b]: statically selecting a group of servers, from | Microsoft practices this claim limitation. Microsoft performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| among a plurality of groups of the servers, for the first packet of the flow with the static first level packet distribution module, wherein statically selecting the group of servers does not involve using state that assigns the first packet of the flow to the selected group of servers; | process the packets of the flows, the method comprising … statically selecting a group of servers, from among a plurality of groups of the servers, for the first packet of the flow with the static first level packet distribution module, wherein statically selecting the group of servers does not involve using state that assigns the first packet of the flow to the selected group of servers." For example, Microsoft's Azure Application Gateway statically selects a group of backend servers for the received packet through its use of HTTPRoute Rules, as shown below. This static process does not involve using state. **Source:** https://gateway-api.sigs.k8s.io/reference/spec/ |

8

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **How an application gateway routes a request**<br><br>If a request is valid and not blocked by WAF, the application gateway evaluates the request routing rule that's associated with the listener. This action determines which backend pool to route the request to.<br><br>Based on the request routing rule, the application gateway determines whether to route all requests on the listener to a specific backend pool, route requests to different backend pools based on the URL path, or redirect requests to another port or external site.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/how-application-gateway-works?utm_source=chatgpt.com<br><br>A request routing rule is a key component of an application gateway because it determines how to route traffic on the listener. The rule binds the listener, the backend server pool, and the backend HTTP settings.<br><br>When a listener accepts a request, the request routing rule forwards the request to the backend or redirects it elsewhere. If the request is forwarded to the backend, the request routing rule defines which backend server pool to forward it to. The request routing rule also determines if the headers in the request are to be rewritten. One listener can be attached to one rule.<br><br>There are two types of request routing rules:<br><br>- **Basic**. All requests on the associated listener (for example, blog.contoso.com/*) are forwarded to the associated backend pool by using the associated HTTP setting.<br><br>- **Path-based**. This routing rule lets you route the requests on the associated listener to a specific backend pool, based on the URL in the request. If the path of the URL in a request matches the path pattern in a path-based rule, the rule routes that request. It applies the path pattern only to the URL path, not to its query parameters. If the URL path on a listener request doesn't match any of the path-based rules, it routes the request to the default backend pool and HTTP settings.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/application-gateway-components |

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | When the client initiates the request, the DNS name specified is passed as a host header to Application Gateway for Containers on the defined frontend.<br><br>A set of routing rules evaluates how the request for that hostname should be initiated to a defined backend target.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/application-gateway-for-containers-components<br><br>Azure Application Gateway is a web traffic (OSI layer 7) load balancer that enables you to manage traffic to your web applications. Traditional load balancers operate at the transport layer (OSI layer 4 - TCP and UDP) and route traffic based on source IP address and port, to a destination IP address and port.<br><br>Application Gateway can make routing decisions based on additional attributes of an HTTP request, for example URI path or host headers. For example, you can route traffic based on the incoming URL. So if `/images` is in the incoming URL, you can route traffic to a specific set of servers (known as a pool) configured for images. If `/video` is in the URL, that traffic is routed to another pool that's optimized for videos.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/overview |
| [1c]: distributing the first packet of the flow to a distributed stateful second level packet distribution system, wherein the distributed stateful second level packet distribution system is implemented on | Microsoft practices this claim limitation. Microsoft performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising … distributing the first packet of the flow to a distributed stateful second level packet distribution system, wherein the distributed stateful second level packet distribution system is implemented on hardware that is distinct from hardware used to implement the static first level packet distribution module."<br><br>For example, Application Gateway distributes the packets it receives to Microsoft's Azure Kubernetes Service cluster, which functions as a distributed second level packet distribution system, as shown below. The Azure Kubernetes Service cluster is implemented on hardware that is distinct from the hardware used to implement the Azure Application Gateway. |

10

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| hardware that is distinct from hardware used to implement the static first level packet distribution module; | Application Gateway for Containers offers an elastic and scalable ingress to AKS clusters and comprises a new data plane as well as control plane with new set of ARM APIs, different from existing Application Gateway. These APIs are different from the current implementation of Application Gateway. Application Gateway for Containers is outside the AKS cluster data plane and is responsible for ingress. The service is managed by an ALB controller component that runs inside the AKS cluster and adheres to Kubernetes Gateway APIs.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/overview |

11

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | The architecture of Application Gateway for Containers is summarized in the following figure:  **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/overview |

12

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | kube-proxy is a component of Kubernetes that handles routing traffic for services within the cluster. There are three backends available for Layer 3/4 load balancing in upstream kube-proxy: iptables, IPVS and nftables.<br><br>• **iptables** is the default backend utilized in the majority of Kubernetes clusters. It's simple and well-supported, but not as efficient or intelligent as IPVS.<br>• **IPVS** uses the Linux Virtual Server, a layer 3/4 load balancer built into the Linux kernel. IPVS provides a number of advantages over the default iptables configuration, including state awareness, connection tracking, and more intelligent load balancing. IPVS *doesn't support Azure Network Policy.*<br><br>**Source:** https://learn.microsoft.com/en-us/azure/aks/configure-kube-proxy<br><br>Kubernetes employs a virtual networking layer to manage access within and between your applications or their components:<br><br>• **Kubernetes nodes and virtual network**: Kubernetes nodes are connected to a virtual network. This setup enables pods (basic units of deployment in Kubernetes) to have both inbound and outbound connectivity.<br><br>• **Kube-proxy component**: kube-proxy runs on each node and is responsible for providing the necessary network features.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/aks/concepts-network |

## NOVACLOUD V. MICROSOFT
## EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
|  | Every node in a Kubernetes cluster runs a kube-proxy (unless you have deployed your own alternative component in place of `kube-proxy`). The `kube-proxy` component is responsible for implementing a *virtual IP* mechanism for Services of `type` other than `ExternalName`. Each instance of kube-proxy watches the Kubernetes control plane for the addition and removal of Service and EndpointSlice objects. For each Service, kube-proxy calls appropriate APIs (depending on the kube-proxy mode) to configure the node to capture traffic to the Service's `clusterIP` and `port`, and redirect that traffic to one of the Service's endpoints (usually a Pod, but possibly an arbitrary user-provided IP address). A control loop ensures that the rules on each node are reliably synchronized with the Service and EndpointSlice state as indicated by the API server.<br><br>**Source:** https://kubernetes.io/docs/reference/networking/virtual-ips/ |

14

**NOVACLOUD V. MICROSOFT**
**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | <br><br>**Source:** https://kubernetes.io/docs/reference/networking/virtual-ips/ |
| [1d]: statefully selecting a server of the selected group of servers that is to process the first packet of the flow with the distributed stateful second level packet distribution | Microsoft practices this claim limitation. Microsoft performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising … statefully selecting a server of the selected group of servers that is to process the first packet of the flow with the distributed stateful second level packet distribution system by accessing state that assigns processing of packets of the flow to the selected server."<br><br>For example, Microsoft's system performs a method in which it statefully selects a server of the selected group of servers by detecting the session affinity cookie within the request, as shown below. Further, Kube-proxy then intercepts |

15

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| system by accessing state that assigns processing of packets of the flow to the selected server; and. | the request at the service IP and uses the client's IP address to identify the backend pod that handled the initial packet and directs the current packet to the same pod, thus maintaining stickiness within the AKS cluster, as shown below.<br><br><br><br>**Source:** https://kubernetes.io/docs/reference/networking/virtual-ips/<br><br>The ALB Controller is responsible for translating Gateway API and Ingress API configuration within Kubernetes to load balancing rules within Application Gateway for Containers. The following guide walks through the steps needed to provision an ALB Controller into a new or existing Azure Kubernetes Service (AKS) cluster. |

16

**NOVACLOUD V. MICROSOFT**
**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/quickstart-deploy-application-gateway-for-containers-alb-controller?tabs=install-helm-windows<br><br>If you want to make sure that connections from a particular client are passed to the same Pod each time, you can select the session affinity based on the client's IP addresses by setting `.spec.sessionAffinity` to `ClientIP` for a Service (the default is `None`).<br><br>**Source:** https://kubernetes.io/docs/reference/networking/virtual-ips/<br><br>With session affinity, Application Gateway for Containers presents a cookie in the **Set-Cookie** header of the first response. If the client presents the cookie in future requests, Application Gateway for Containers recognizes the cookie and forwards traffic to the same backend target. See the following example scenario:<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/session-affinity?tabs=session-affinity-gateway-api |

17

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | 1. A client initiates a request to an Application Gateway for Containers' (Application Gateway for Containers) frontend. |
| | 2. Application Gateway for Containers selects one of the many available pods to load balance the request to. In this example, we assume Pod C is selected out of the four available pods. |
| | 3. Pod C returns a response to Application Gateway for Containers. |
| | 4. In addition to the backend response from Pod C, Application Gateway for Containers adds a Set-Cookie header containing a uniquely generated hash used for routing. |
| | 5. The client sends another request to Application Gateway for Containers along with the session affinity cookie set in the previous step. |
| | 6. Application Gateway for Containers detects the cookie and selects Pod C to serve the request. |
| | 7. Pod C responds to Application Gateway for Containers. |
| | 8. Application Gateway for Containers returns the response to the client |

**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/session-affinity?tabs=session-affinity-gateway-api

`kube-proxy` is a component of Kubernetes that handles routing traffic for services within the cluster. There are three backends available for Layer 3/4 load balancing in upstream `kube-proxy`: iptables, IPVS and nftables.

- **iptables** is the default backend utilized in the majority of Kubernetes clusters. It's simple and well-supported, but not as efficient or intelligent as IPVS.
- **IPVS** uses the Linux Virtual Server, a layer 3/4 load balancer built into the Linux kernel. IPVS provides a number of advantages over the default iptables configuration, including state awareness, connection tracking, and more intelligent load balancing. IPVS *doesn't support Azure Network Policy.*

**NOVACLOUD V. MICROSOFT**

**EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867**

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | **Source:** https://learn.microsoft.com/en-us/azure/aks/configure-kube-proxy <br><br> Kubernetes employs a virtual networking layer to manage access within and between your applications or their components: <br><br> • **Kubernetes nodes and virtual network**: Kubernetes nodes are connected to a virtual network. This setup enables pods (basic units of deployment in Kubernetes) to have both inbound and outbound connectivity. <br><br> • **Kube-proxy component**: kube-proxy runs on each node and is responsible for providing the necessary network features. <br><br> **Source:** https://learn.microsoft.com/en-us/azure/aks/concepts-network |
| [1e]: distributing the first packet of the flow to the selected server. | Microsoft practices this claim limitation. Microsoft performs "a method, which is performed in one or more network elements that are in communication between clients that transmit packets and servers, of distributing the packets among the servers which are to process the packets, while providing stickiness of flows of the packets to servers assigned to process the packets of the flows, the method comprising … distributing the first packet of the flow to the selected server." <br><br> For example, Microsoft's system directs the received packet to the selected backend server, as shown below. |

19

## NOVACLOUD V. MICROSOFT
## EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | <br><br>**Source:** https://kubernetes.io/docs/reference/networking/virtual-ips/<br><br>With session affinity, Application Gateway for Containers presents a cookie in the **Set-Cookie** header of the first response. If the client presents the cookie in future requests, Application Gateway for Containers recognizes the cookie and forwards traffic to the same backend target. See the following example scenario:<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/session-affinity?tabs=session-affinity-gateway-api |

## NOVACLOUD V. MICROSOFT
## EXHIBIT 6: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,825,867

| Claim | Microsoft Accused Instrumentality(ies) |
|---|---|
| | 1. A client initiates a request to an Application Gateway for Containers' (Application Gateway for Containers) frontend.<br>2. Application Gateway for Containers selects one of the many available pods to load balance the request to. In this example, we assume Pod C is selected out of the four available pods.<br>3. Pod C returns a response to Application Gateway for Containers.<br>4. In addition to the backend response from Pod C, Application Gateway for Containers adds a Set-Cookie header containing a uniquely generated hash used for routing.<br>5. The client sends another request to Application Gateway for Containers along with the session affinity cookie set in the previous step.<br>6. Application Gateway for Containers detects the cookie and selects Pod C to serve the request.<br>7. Pod C responds to Application Gateway for Containers.<br>8. Application Gateway for Containers returns the response to the client<br><br>**Source:** https://learn.microsoft.com/en-us/azure/application-gateway/for-containers/session-affinity?tabs=session-affinity-gateway-api<br><br>If you want to make sure that connections from a particular client are passed to the same Pod each time, you can select the session affinity based on the client's IP addresses by setting `.spec.sessionAffinity` to `ClientIP` for a Service (the default is `None`).<br><br>**Source:** https://kubernetes.io/docs/reference/networking/virtual-ips/ |

21