**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NOVACLOUD LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:25-CV-01228-JRG-RSP |

**UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Defendant Microsoft Corporation ("Microsoft") files this Unopposed Motion to Amend Docket Control Order and would show the Court as follows:

Pursuant to the Court's Docket Control Order, the deadline for Plaintiff NovaCloud Licensing, LLC ("Plaintiff") and Microsoft (together, "the Parties") to Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) is June 18, 2026. Dkt. No. 34 at 4.  At this time, Microsoft seeks a two-week extension of time up to and including July 2, 2026, for the Parties to Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures).

Microsoft represents that good cause exists for this brief extension of time.  Microsoft is diligently investigating and identifying the appropriate witnesses to disclose in its Initial and Additional Disclosures.  This brief extension will ensure that Microsoft has sufficient time to complete its investigation and serve its compliant set of Initial and Additional Disclosures in accordance with the Court's Discovery Order (Dkt. No. 35).  To promote fairness, Microsoft represents that a reciprocal extension of time for Plaintiff to serve its Initial and Additional Disclosures is appropriate.

Microsoft represents that this extension is not sought for the purposes of delay. Counsel for Microsoft met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion, and counsel for Plaintiff indicated that Plaintiff does not oppose this Motion.

Accordingly, Microsoft respectfully requests that the Court grant this Unopposed Motion and enter an order extending the Parties' deadline to Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) up to and including July 2, 2026.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*

Natalie A. Bennett*
Illinois Bar No. 6304611
natalie.bennett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-5559
Facsimile: (202) 739-3001

Jason C. White*
Illinois Bar No. 6238352
jason.white@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Ahren C. Hsu-Hoffman*
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com

2

**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant*
*Microsoft Corporation*

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that counsel for Microsoft met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h).  Counsel for Plaintiff indicated that Plaintiff does not oppose this Motion.

*/s/ Melissa R. Smith*

Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 17, 2026, a true and correct copy of the foregoing was served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

*/s/ Melissa R. Smith*

Melissa R. Smith