IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NOVACLOUD LICENSING, LLC, | | |
| **Plaintiff,** | | No. 2:25-cv-1228-JRG-RSP |
| vs. | | |
| MICROSOFT CORPORATION, | | JURY TRIAL DEMANDED |
| **Defendant.** | | |

### JOINT MOTION TO ENTER AGREED PROTECTIVE ORDER

Plaintiff NovaCloud Licensing, LLC and Defendant Microsoft Corporation (the "Parties") have conferred and jointly submit this Motion to enter an agreed Protective Order in the above-captioned matter. A proposed Protective Order bearing the language agreed between the Parties is attached hereto, and the Parties respectfully request the Court enter this Order.

Dated: June 18, 2026

Respectfully submitted,

/s/ *Kevin L. Burgess*
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9002
Facsimile: (903) 923-9099

John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Stone A. Martin
Texas State Bar No. 24143713
smartin@mckoolsmith.com
Rania Khamees
Texas State Bar No. 24149673

1

rkhamees@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Nicholas M. Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Gregory Saltz
Texas State Bar No. 24131641
gsaltz@McKoolSmith.com
Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Clara Bourget
cbourget@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Michael E. Catapano
New York State Bar No. 5933700
mcatapano@McKoolSmith.com
Mariel Talmage
New York State Bar No. 5948831
mtalmage@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

**ATTORNEYS FOR PLAINTIFF
NOVACLOUD LICENSING, LLC.**

2

*/s/ Natalie A. Bennett*
Natalie A. Bennett\*
Illinois Bar No. 6304611
natalie.bennett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-5559
Facsimile: (202) 739-3001

Jason C. White\*
Illinois Bar No. 6238352
jason.white@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Ahren C. Hsu-Hoffman\*
TX State Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Katerina Hora Jacobson\*
CA State Bar No. 342384
katerina.horajacobson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Melissa Richards Smith
TX State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
*\*Admitted to Practice*

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's ECF system on June 18, 2026.

*/s/ Kevin L. Burgess*
Kevin L. Burgess

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel

for Defendant to discuss the relief sought in this Motion pursuant to Local Rule CV-7(h). The

Parties are in agreement and are filing this Motion jointly.

*/s/ Kevin L. Burgess*
Kevin L. Burgess