**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NOVACLOUD LICENSING, LLC,** | |
| **Plaintiff,** | **No. 2:25-cv-1228-JRG-RSP** |
| **vs.** | |
| **MICROSOFT CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

WHEREAS, Plaintiff NovaCloud Licensing, LLC ("Plaintiff") and Defendant/ Counterclaim-Plaintiff Microsoft Corporation ("Microsoft") have resolved Plaintiff's claims for relief against Microsoft and Microsoft's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Microsoft, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Microsoft with prejudice and Microsoft's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: September 15, 2026

Respectfully submitted,

/s/ *Jennifer Truelove*
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9002
Facsimile: (903) 923-9099

Stone A. Martin
Texas State Bar No. 24143713
smartin@mckoolsmith.com
Rania Khamees
Texas State Bar No. 24149673
rkhamees@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Nicholas M. Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Gregory Saltz
Texas State Bar No. 24131641
gsaltz@McKoolSmith.com
Casey L. Shomaker
Texas State Bar No. 24110359
cshomaker@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Clara Bourget
cbourget@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Michael E. Catapano
New York State Bar No. 5933700
mcatapano@McKoolSmith.com
Mariel Talmage
New York State Bar No. 5948831
mtalmage@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400

Facsimile: (212) 402-9444

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL, PLLC**
508 Oakwood Estates Blvd
Marshall, TX 75672
Telephone: (512) 626-7253

John B. Campbell
Texas State Bar No. 24036314
jcampbell@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL, PLLC**
3600 Wellspring Drive
Austin, Texas 78738
Telephone: (512) 655-3820

**ATTORNEYS FOR PLAINTIFF NOVACLOUD LICENSING, LLC.**

*/s/ Natalie A. Bennett*
Natalie A. Bennett*
Illinois Bar No. 6304611
natalie.bennett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-5559
Facsimile: (202) 739-3001

Jason C. White*
Illinois Bar No. 6238352
jason.white@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Ahren C. Hsu-Hoffman*
TX State Bar No. 24053269

ahren.hsu-hoffman@morganlewis.com
Katerina Hora Jacobson*
CA State Bar No. 342384
katerina.horajacobson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Melissa Richards Smith
TX State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
**Admitted to Practice*

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 15, 2026.

*<u>/s/ Jennifer L. Truelove</u>*
Jennifer L. Truelove